# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>OLAJIDE BENJAMIN AYILARAN<br>a.k.a. "Benji"<br>*Defendant(s)* | Case No. 1:24-MJ-253<br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __12/9/2023 and 2/29/2024__ in the city/county of __Fairfax County__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual exploitation of children |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

Lauren P. Halper
*Printed name and title*

*Roman Nepomnashi*
*Complainant's signature*

HSI Special Agent Roman Nepomnashi
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: 06/27/2024

*Judge's signature*

City and state: Alexandria, Virginia

The Hon. William B. Porter, U.S. Magistrate Judge
*Printed name and title*